**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
CMG HOLDCO, LLC,
:
                Plaintiff,
:
  -against-                              Case No. 23-00427-UNA
:
KEVIN SCOTT VIOLETTE,
:
                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff CMG Holdco, LLC ("CMG Holdco"), by its undersigned counsel, states as follows: Plaintiff CMG Holdco is a limited liability company formed under the laws of the state of Delaware, with a principal place of business in Florida. CMG Holdco is wholly owned by CMG Parent, LLC ("CMG Parent"), a limited liability company formed under the laws of the state of Delaware, with a principal place of business in Florida. CMG Parent is owned by (a) Crete Mechanical Group, Inc., a Delaware corporation with a principal place of business in Florida, (b) CMG Buyer, Inc., a Delaware corporation with a principal place of business in Florida, and (c) 12 individuals. Of these individuals, four reside in Florida, two in New York, and one each in Texas, Georgia, South Carolina, Minnesota, Tennessee, and Virginia. Neither Crete Mechanical Group, Inc. nor CMG Buyer, Inc. is a publicly-held corporation, nor does a publicly-held corporation own 10% or more of either entity, directly or indirectly.

| | |
|---|---|
| **OF COUNSEL:**<br>Leonard Weintraub*<br>Ari Silverman*<br>Tara Curtin*<br>Paduano & Weintraub LLP<br>1251 Avenue of the Americas, 9th Floor<br>New York, NY  10020<br>(212) 785-9100<br>lw@pwlawyers.com<br>ajs@pwlawyers.com<br>tc@pwlawyers.com<br><br>(*pro hac vice* forthcoming)<br><br>Dated:  April 19, 2023 | /s/ Evan Williford<br>Evan Williford (No. 4162)<br>THE WILLIFORD FIRM, LLC<br>1007 N. Orange St. Ste. 235<br>Wilmington, DE  19801<br>(302) 654-5924<br>evanwilliford@thewillifordfirm.com<br><br>*Attorney for Plaintiff CMG Holdco, LLC* |